**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE I. BELTRAN-TORRES, | No. 12-71797 |
| Petitioner, | Agency No. A072-922-485 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Jose I. Beltran-Torres, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's decision to deny Beltran-Torres's application for cancellation of removal as a matter of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i) (barring review of denials of discretionary relief). Beltran-Torres's contentions that the agency failed to consider all of the equities in his case, applied an incorrect standard of review, and mischaracterized the evidence are not supported by the record and are not colorable claims invoking our jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D); *Bazua-Cota v. Gonzales,* 466 F.3d 747, 748-49 (9th Cir. 2006).

**PETITION FOR REVIEW DISMISSED.**